UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ APR 15 2019 ★
BROOKLYN OFFICE

| | |
|---|---|
| ZOLTAN LEBOVITCH on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>D & A SERVICES, LLC OF IL<br><br>Defendant. | Civil Action No.: 18-cv-5482 (ILG) (RER) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and Defendant hereby jointly stipulate to the dismissal with prejudice of Plaintiff's claims with each side to bear its own fees and costs.

Dated: April 12, 2019

/s/ Adam J. Fishbein
_____
Adam J. Fishbein.
735 Central Avenue
Woodmere, NY 11598
Telephone No. (516) 668-6945
fishbeinadamj@gmail.com
Attorney for Plaintiff

/s/ Aaron R. Easley
_____
Aaron R. Easley.
Sessions Fishman Nathan & Israel, LLC
200 Route 31 North, Suite 203
Flemington, NJ 08822-5736
Telephone No.: (908) 751-5940
aeasley@sessions-law.biz
Attorneys for Defendant

SO ORDERED:

s/I Leo Glasser, USDJ
_____
U.S.D.J.   4/15/19